```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

HENRY FORD, JR.,                :
                                :
    Petitioner,             :
                                :
vs.                             :     CIVIL ACTION 12-0052-WS-M
                                :
G. HETZEL,                      :
                                :
    Respondent.             :

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be **DISMISSED** as time-barred.  It is further **ORDERED** that no Certificate of Appealability shall issue and no appeal *in forma pauperis* shall be allowed.

DONE this 23rd day of July, 2012.

                                          <u>s/WILLIAM H. STEELE</u>
                                          CHIEF UNITED STATES DISTRICT JUDGE