```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION


HENRY FORD, JR.,                     :
                                     :
      Petitioner,                    :
                                     :
vs.                                  :     CIVIL ACTION 12-0052-WS-M
                                     :
G. HETZEL,                           :
                                     :
      Respondent.                    :
```

JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent G. Hetzel and against Petitioner Henry Ford, Jr.

DONE this 23rd day of July, 2012.


                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE